UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION  CR 10-146 DSD |
| Plaintiff, | ) (18 U.S.C. § 1343) |
| v. | ) |
| MICHAEL SCOTT MARGULIES, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### (Wire Fraud)

1. In 1978, the defendant, MICHAEL SCOTT MARGULIES, began practicing as an attorney admitted to, and licensed in, the State of Minnesota.

2. The defendant was a partner at the law firm of Lindquist & Vennum PLLP from 1987 until March 2010.

3. Beginning in or about 1994, and continuing through approximately 2010, the defendant,

MICHAEL SCOTT MARGULIES,

knowingly and intentionally created, devised, executed, and attempted to execute a scheme and artifice to defraud, and to obtain money and other things of value, by means of materially false and misleading statements and representations by which he was able to embezzle approximately $2 million, from the firm and the defendant's client accounts through the use of false documentation, including false expense documentation, false invoice documentation and forged checks.

SCANNED
MAY 2 6 2010
U.S. DISTRICT COURT MPLS

FILED MAY 2 6 2010
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____

5. In 2010, the firm discovered the fraud and terminated the defendant.

6. In order to effect the scheme, the defendant did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire communications, certain signals and sounds. Specifically, on or about April 2, 2009, in furtherance of the fraud scheme, the defendant caused an interstate wire, namely a wire associated with the deposit of a forged check in the amount of $58,000 drawn on a client's bank in New York and deposited by the defendant in a bank in Minnesota; all in violation of Title 18, United States Code, Section 1343.

## Forfeiture Allegations

6. Count 1 of this Information is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(1).

6. As the result of the offenses alleged in Count 1 of this Information, the defendant,

MICHAEL SCOTT MARGULIES,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28,

United States Code, Section 2461(c), any property constituting, or derived from, proceeds traceable to the violations of Title 18, United States Code, Section 1343.

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or

   (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), 1343, and Title 28, United States Code, Section 2461(c).

Date: May 26, 2010

B. TODD JONES
United States Attorney

BY: JOSEPH T. DIXON III
Assistant U.S. Attorney
Attorney ID No. 0283903