UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-146(DSD)

United States of America,

      Plaintiff,

v.                                  **ORDER**

Michael Scott Margulies,

      Defendant.

This matter is before the court upon the defendant's motions to extend time to file a position regarding sentencing [Doc. No. 9] and to continue the sentencing date currently set for September 21, 2010 [Doc. No. 10]. The court finds an extension of time to file a position regarding sentencing to be in the interests of justice. The court does not address the motion to continue sentencing at this time because it has not received a response from the United States. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's motion [Doc. No. 9] is granted; and

2. The deadline to submit a position regarding sentencing is September 20, 2010.

Dated: August 31, 2010

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court