UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-146(DSD)

United States of America,

    Plaintiff,

v.                                          **ORDER**

Michael Scott Margulies,

    Defendant.

This matter is before the court on defendant's motion to continue the sentencing date currently set for September 21, 2010.

**IT IS HEREBY ORDERED** that defendant's motion [Docket No. 10] is granted and the sentencing in this matter is continued to November 2, 2010, at 1:30 p.m. before the undersigned in Courtroom 14 West, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: September 8, 2010

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court